THE PEOPLE ex rel. ORSON T. COOK, Respondent, *v.* SAMUEL
W. SMITH, Constable, etc., Appellant.

(Argued December 1, 1890; decided December 16, 1890.)

APPEAL from order of General Term of the Supreme Court
in the fifth judicial department, made October 1, 1889, which
reversed an order of the county judge of Orleans county dis-
missing a writ of habeas corpus and discharging relator from
imprisonment.

*W. P. L. Stafford* for appellant.

*David N. Salisbury* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.